AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Louis F. Meizlish  Telephone: (313) 226-9100
Agent: Wayne Williams  Telephone: (313) 550-7945

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Emigdio GONZALEZ-PANO | Case No.    Case: 2:25−mj−30432<br>Assigned To : Unassigned<br>Assign. Date : 7/7/2025<br>Description: RE: EMIGDIO<br>GONZALEZ−PANO (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Wayne E. Williams, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 7, 2025

_____
Judge's signature

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Emigdio GONZALEZ-PANO, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), Unlawful Re-entry Following Removal, has been committed by Emigdio GONZALEZ-PANO.

4. Emigdio GONZALEZ-PANO is a thirty-nine year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about August 26, 2004, Emigdio GONZALEZ-PANO was arrested by Immigration and Customs Enforcement Officers near Orange County, Texas. He was granted a Voluntary Return and was removed to Mexico on the same date.

6. On or about July 25, 2008, Emigdio GONZALEZ-PANO was arrested by Immigration and Customs Enforcement Officers near Cleveland, Ohio.  He was processed with a Notice to Appear.

7. On or about August 6, 2008, Emigdio GONZALEZ-PANO was ordered removed from the United States by an Immigration Judge.

8. On or about August 12, 2008, Emigdio GONZALEZ-PANO was removed from the United States to Mexico through the Laredo, Texas port of entry.

9. On or about July 1, 2025, Emigdio GONZALEZ-PANO was arrested by United States Border Patrol Agents near Sterling Heights, Michigan after responding to a call for assistance from Sterling Heights Police Department. Emigdio GONZALEZ-PANO had been in a car accident and his identity needed to be determined. He was processed as a Reinstatement of Deport Order.

10. Emigdio GONZALEZ-PANO'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Emigdio GONZALEZ-PANO is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that Emigdio GONZALEZ-PANO legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

11. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. Review of the Alien File (A# xx-xxx-871) for Emigdio GONZALEZ-PANO and queries in Department of Homeland Security databases confirm no record exists Emigdio GONZALEZ-PANO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on August 12, 2008.

13. Based on the above information, I believe there is probable cause to conclude that Emigdio GONZALEZ-PANO is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of

Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

July 7, 2025